IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.               No.  2:11M2046-001

DARL EUGENE WILSON                                                              DEFENDANT

**O R D E R**

At the initial appearance conducted on the criminal complaint, the defendant agreed to waive the issues of probable cause and detention pending the final disposition of the case; accordingly, the court considers the matters waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 12th day of January, 2012.

*/s/ James R. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE